UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

    **Plaintiff,**

v.                                                                                  **Case No: 6:22-cr-20-CEM-RMN**

**ALEJANDRO ACEVEDO LUNA**

    **Defendant.**

_____/

## ORDER

THIS CAUSE is before the Court on Defendant's Motion to Proceed *In Forma Pauperis* on Appeal ("Motion," Doc. 252) and Affidavit (Doc. 253). The United States Magistrate Judge issued a Report and Recommendation ("R&R," Doc. 254), recommending that the Motion be denied. Defendant filed an Objection (Doc. 255). For the reasons stated herein, the Court will adopt the recommendations in the R&R and deny the Motion.

## PROCEDURAL HISTORY

The procedural history cited in the R&R is incorporated by reference. (Doc. 254 at 1-3).

## LEGAL STANDARD

Pursuant to 28 U.S.C. § 636(b)(1), when a party makes a timely objection, the

Court shall review *de novo* any portions of a magistrate judge's report and recommendation concerning specific proposed findings or recommendations to which an objection on made. *See also* Fed. R. Crim. P. 59(b)(3). *De novo* review "require[s] independent consideration of factual issues based on the record." *Jeffrey S. v. State Bd. of Educ. of Ga.*, 896 F.2d 507, 513 (11th Cir. 1990) (per curiam). The district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

## ANALYSIS

After an independent review of the record, this Court agrees entirely with the analysis in the R&R. The Court notes that Defendant appears to seek review of the Court's Order (Doc. 247) denying Defendant's Motion for Retroactive Application of Sentencing Guidelines pursuant to Amendment 821 (Doc. 232). Defendant simply disagrees with the Court's findings. The Court agrees with the R&R that Defendant's appeal is frivolous and is not taken in good faith. Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner fails to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Defendant is not entitled to appeal as a pauper.

## CONCLUSION

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59, and considering Defendant's Objection, the Magistrate

Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. Defendant's Objection (Doc. 255) is **OVERRULED**.

2. The Report and Recommendation (Doc. 254) is **ADOPTED** and made a part of this Order.

3. Defendant's Motion to Proceed *In Forma Pauperis* on Appeal (Doc. 252) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on June 30, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party